Rashaud Coleman 54812074
FCI Milan
P.O. Box 1000
Milan, MI 48160



**UNITED STATES POSTAL SERVICE** — Retail

G

**US POSTAGE PAID**
$0.00
Origin: 48160
03/01/24
2562000160-46

**USPS GROUND ADVANTAGE™**

0 Lb 6.50 Oz
RDC 01

C010

SHIP TO:
STE 130
800 MARKET ST
KNOXVILLE TN 37902-2303

USPS TRACKING® #

9500 1123 9328 4061 4777 65



Eastern District of Tennessee
Office of
United States District Court
800 Market St. Suite 130
Knoxville, TN 37902

