UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAUSHAUD L. COLEMAN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 3:24-CV-102-KAC-DCP |
| FCI MILAN, | ) ) ) | |
| Respondent. | ) ) | |

**ORDER**

Petitioner, a federal prisoner, has filed (1) a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. 2] and (2) an application to proceed without prepayment of fees and costs [Doc. 1]. According to the inmate trust fund certificate Petitioner filed with his petition, he had a balance of $74.55 in his account when he filed the petition [Doc 1 at 2]. This is more than enough to pay the $5.00 filing fee in this matter. Accordingly, the Court **DENIES** Petitioner's motion for leave to proceed *in forma pauperis* [Doc. 1].

The Court **ORDERS** Petitioner to pay the $5.00 filing fee **within thirty (30) days** of entry of this Order. **The Court NOTIFIES Petitioner that if he fails to timely pay the filing fee, the Court will dismiss this action without further notice for want of prosecution and failure to comply with a Court order.**

Petitioner **MUST** immediately inform the Court and Respondent of any address changes in writing. Under Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. **Failure to**

provide a correct address to this Court within fourteen (14) days of any change in address may result in the dismissal of this action.

  SO ORDERED.

  ENTER:

                 <u>s/ Katherine A. Crytzer</u>
                 KATHERINE A. CRYTZER
                 United States District Judge