# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RAUSHAUD L. COLEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:24-CV-102-KAC-DCP |
| ) | |
| FCI MILAN, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In the accompanying Memorandum Opinion and Order, the Court **DIRECTED** the Clerk to transfer this action to the United States District Court for the Eastern District of Michigan and to close this Court's file. Accordingly, it is appropriate to enter judgment in this action.

**SO ORDERED.**

**ENTER:**

        s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge


ENTERED AS A JUDGMENT
*s/ LeAnna R. Wilson*
   CLERK OF COURT